# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY BAKALARSKI, <br><br> Plaintiff, <br><br> v. <br><br> ASPIREIQ, INC., SAPUTO CHEESE USA INC., and DOES 1 through 25, <br><br> Defendants. | Case No. 3:19-cv-4412 <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Having considered Plaintiff ASHLEY BAKALARSKI and Defendant ASPIREIQ, INC.'s Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear their own costs and expenses.

IT IS SO ORDERED.

Dated: December 27, 2019

_____
Hon. Thomas S. Hixson
United States Magistrate Judge

{00127552;1}

1